UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elite Appliances LLC,
Plaintiff,

v.

Pillsbury Company,

Defendant.

Civil No. 98-2545 (MJD/JGL)

Pillsbury Company,
Plaintiff,

v.

Elite Appliances LLC,

Defendant.

Civil No. 00-206 (RHK/JMM)

Case number 98-2545 having been assigned to Judge Michael J. Davis and case number 00-206 having later been assigned to Judge Richard H. Kyle, and said matters being related cases,

IT IS HEREBY ORDERED that case number 00-206 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 1-28-00

JUDGE RICHARD H. KYLE
United States District Court

Dated: 1-28-2000

JUDGE MICHAEL J. DAVIS
United States District Court

FILED JAN 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK