**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Pillsbury Company,

Plaintiff,

v.

Elite Appliances, LLC,

Defendant.

Civil No. 00-206 (MJD/JGL)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND CONSENT TO INJUNCTION**

---

The undersigned, through their respective counsel, stipulate and agree as follows:

1. Defendant consents to the entry of an order for judgment and judgment and decree of this Court permanently enjoining it and those who may act in concert with it from manufacturing, offering to sell, or selling any products which bear the following trade names and trademarks or infringing the following registered trade names and trademarks which are owned by plaintiff from and after January 1, 2001:

The Pillsbury Doughboy Figure

"Poppin' Fresh" logo

Pillsbury Barrelhead logo

The Poppie Fresh Figure

The Pillsbury Best logo

2. The parties agree that except as otherwise provided above, this civil action may be dismissed with prejudice and without costs to either party.

MAR 16 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pillsbury Company v. Elite Appliances
00cv206

Dated: February 15th, 2000

FRUTH & ANTHONY, P.A.

By ______________________
Robert J. Tansey, Jr.

3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

**ATTORNEYS FOR DEFENDANT THE PILLSBURY COMPANY**

Dated: February 25, 2000

NISEN & ELLIOTT

By ______________________
Michael H. Moirano

200 West Adams Street
Chicago, IL 60606
(312) 346-7800

**ATTORNEYS FOR PLAINTIFF ELITE APPLIANCES, LLC**

IT IS SO ORDERED.

Dated: 3-2, 2000

______________________
Michael J. Davis
United States District Court Judge